IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| FRANCIS ANTHONY GRANDINETTI, II, #A0185087, | ) ) ) | NO. 1:12-cv-00397 SOM/KSC |
| Plaintiff, | ) ) ) | ORDER DENYING PRELIMINARY INJUNCTION APPLICATION |
| vs. | ) ) | |
| LINDA MOGA-RIVEIRA, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**ORDER DENYING PRELIMINARY INJUNCTION APPLICATION**

The court dismissed Plaintiff's Complaint and action on August 8, 2012, finding that Plaintiff had accrued three strikes under 28 U.S.C. § 1915(g), did not show imminent danger of serious injury, and could not proceed without prepayment of the filing fee.  ECF #4.  Plaintiff has filed a document titled "Pro Se Plaintiff's Preliminary Injunction (PI) Application, Fed. R. Civ. P. 65."  ECF #8.  The document is a list that makes no coherent sense or argument supporting injunctive relief.  Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 28, 2012.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

*Grandinetti v. Moga-Rivera, et al.*, 1:12-cv-00397 SOM/KSC; ORDER DENYING PRELIMINARY INJUNCTION MOTION; psas\TROs\2012\Grandinetti 12-397 som (PI or tro)